**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **B.T.** | * | **CIVIL ACTION** |
| ***Plaintiff,*** | * | |
| | * | **NO. 26-991-SDD-EWD** |
| **VERSUS** | * | |
| | * | |
| **LOUISIANA RIVERBOAT GAMING** | * | |
| **COMPANY LLC &** | * | |
| **BRYANT HARRIS** | * | |
| ***Defendants*** | * | |

*************************************

**ORDER**

Considering the foregoing *Ex Parte* Motion for Leave to Proceed Anonymously[1] in this action;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that Plaintiff, B.T., be permitted to proceed anonymously in this litigation.

Signed in Baton Rouge, Louisiana, on September 16, 2026.

Erin Wilder-Doomes

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**

1 R. Doc. 3.